Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, ID 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

SIMONSEN, BETH ANNE

           Debtor.

Case No. 20-00077-TLM
Chapter 7

**TRUSTEE'S OBJECTION TO EXEMPTION**

---

**NOTICE OF OBJECTION TO EXEMPTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **14** days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE ABOVE NAMED COURT, THE DEBTORS AND DEBTORS' ATTORNEY:

**NOTICE**

    YOU ARE HEREBY NOTIFIED that the Trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Asset | Specific Law | Value of Exemption |
|---|---|---|
| 1950 Ford F-1 | Idaho Code § 11-605(3) | $6,000.00 |

**TRUSTEE'S OBJECTION TO EXEMPTION - 1**

YOU ARE FURTHER NOTIFIED that the Trustee will ask the Court to grant an Order sustaining the objection(s) without further hearing unless a written reply to the Trustee's objection is filed in duplicate within fourteen (14) days from the date this objection is mailed. File the original (1) with the U.S. Bankruptcy Court, 550 W. Fort St., MSC 042, Boise, ID 83724; and (2) a copy with the Trustee. A written response to the Trustee's objection must be set for hearing and notice thereof mailed to parties in interest.

## **OBJECTION**

Trustee objects to the Debtors' claim of exemption in the above-listed property (the "Vehicle"). On the Petition Date, the Vehicle was not registered, and therefore, could not lawfully be operated on a highway in Idaho. *In re Sanders*, 03.1 I.B.C.R. 57 (Bankr. D. Idaho 2003). As such, the vehicle may not be exempt under Idaho's vehicle exemption statute.

Date:  February 21, 2020                               /s/  Noah G. Hillen
                                                      Chapter 7 Bankruptcy Trustee

**TRUSTEE'S OBJECTION TO EXEMPTION - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

**Shawn Gordon Miller**    ecf@capstonelaw.net, shawn@capstonelaw.net
**US Trustee**    ustp.region18.bs.ecf@usdoj.gov

*Served by U.S. MAIL*

SIMONSEN, BETH ANNE
1474 HWY. 95
WEISER, ID 83672

                                              /s/ Noah G. Hillen
                                              Date: February 21, 2020

**TRUSTEE'S OBJECTION TO EXEMPTION - 3**