Shawn Miller (8704)
**Capstone Law, LLC**
207 E. 860 S.
Orem, Utah 84058
T:  (801) 285-6866
F:  (801) 285-6815
E*: ecf@weekeslaw.net*
*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF IDAHO

| In re: <br><br> BETH ANNE SIMONSEN <br><br> Debtor | CASE No. 20-00077 <br><br> Chapter 7 <br><br> JUDGE TERRY L. MYERS |
|---|---|

## DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO EXEMPTION APPLIED

Shawn Miller, Debtor's Counsel, hereby responds to the above referenced objection an in support thereof, Debtors states as follows:

1. On the Petition Date the Debtor's motor vehicle, a 1950 Ford F-1, was registered and therefore capable of operating lawfully on Idaho's highways and therefore may be exempted under Idaho code §11-605(3). WHEREFORE, the Debtor respectfully requests that the Trustee's objection to the exemption applied be denied.

RESPECTFULLY SUBMITTED this 06th day of March 2020.

**Capstone Law, LLC**

/s/ Shawn Miller
Shawn Miller
*Attorney for* Debtor

1